UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) **INDICTMENT** |
| v. | ) |
| | ) 18 U.S.C. § 912(1) |
| BERNARD HOLMES, | ) |
| a/k/a "FBI Special Agent John Tidwell," | ) ) ) |
| Defendant. | ) ) |

The UNITED STATES GRAND JURY charges:

## COUNT 1
(Impersonating a Federal Officer)

On or about July 24, 2017, in the State and District of Minnesota, the defendant,

**BERNARD HOLMES**,

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent of the Federal Bureau of Investigation ("FBI"), and in such assumed and pretended character did act as such, in that he, among other things, spoofed his telephone number to make it appear that he was calling EGW from the FBI's Minneapolis Field Office; provided EGW with his purported name, "FBI Special Agent John Tidwell," and purported FBI badge number; falsely stated to EGW that he was investigating terrorism-related conduct involving EGW's household; asked questions of EGW in furtherance of the purported terrorism investigation; and provided EGW with directions for what EGW should do to assist the purported FBI investigation.

SCANNED
OCT 07 2020
U.S. DISTRICT COURT MPLS

All in violation of Title 18, United States Code, Section 912(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                  FOREPERSON