AO 442 (Rev. 11/11) Arrest Warrant

F#11185910

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
OCT 13 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.

Bernard Holmes

*Defendant*

Case No. CR 20-221 PAM/TNL

**RECEIVED**
By U.S. Marshal, Saint Paul, MN at 8:35 am, Oct 08, 2020

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bernard Holmes,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Impersonating a Federal Officer, 18:912(1).

Date: 10/07/2020

*Issuing officer's signature*

City and state:   Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: ARRESTED ON 10/8/2020
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

**SCANNED**
OCT 14 2020
U.S. DISTRICT COURT ST. PAUL