UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                            Criminal No. 19-00076(1) (ECT/HB)

Otis Ray Mays, Jr.

      Defendant.

_____

United States of America,

      Plaintiffs,

v.                                            Criminal No. 20-00221(1) (PAM/TNL)

Bernard Holmes,

      Defendant.

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case No. 19-cr-00076(1) (ECT/HB) having been assigned to Judge Eric C. Tostrud and Case No. 20-cr-00221(1) (PAM/TNL) having later been assigned to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-cr-00221 (PAM/TNL) be assigned to Judge Eric C. Tostrud and Magistrate Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

2

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  October 15, 2020              s/ Eric C. Tostrud
                                      Eric C. Tostrud
                                      United States District Court

Dated:  October 16, 2020              s/ Paul A. Magnuson
                                      Paul A. Magnuson
                                      United States District Court